## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>BOLLINGER, RUBERRY & GARVEY v.<br>PHILADELPHIA INSURANCE COMPANY and<br>FIREMAN'S FUND INSURANCE COMPANY | Case Number:<br>FILED: JULY 2, 2008<br>08CV3795<br>JUDGE KENDALL<br>MAGISTRATE JUDGE SCHENKIER<br>NF |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

BOLLINGER, RUBERRY & GARVEY

| |
|---|
| NAME (Type or print)<br>Anthony G. Barone |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Anthony G. Barone |
| FIRM<br>Barone & Jenkins, P.C. |
| STREET ADDRESS<br>635 Butterfield Rd. Ste. 145 |
| CITY/STATE/ZIP<br>Oakbrook Terrace, IL 60181 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06196315 | TELEPHONE NUMBER<br>630-472-0037 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐