## United States District Court for the Northern District of Illinois

Case Number: 08cv3795              Assigned/Issued By: j. n.

Judge Name:                        Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____      Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____       Receipt #: _____

Date Payment Rec'd: _____     Fiscal Clerk: _____

---

**ISSUANCES**

☑ Summons                          ☐ Alias Summons

☐ Third Party Summons              ☐ Lis Pendens

☐ Non Wage Garnishment Summons     ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons
                                   _____
☐ Citation to Discover Assets      _____
                                   (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

__2__ Original and __0__ copies on __7-3-08__ as to __all defendants__
                                    (Date)

_____

_____

C:\wpwin80\docket\feeinfo.frm    03/14/05