# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                                                   Case Number: 08-3795

BOLLINGER, RUBERRY & GARVEY
V.
FIREMAN'S FUND INSURANCE COMPANY and
PHILADELPHIA INSURANCE COMPANY

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

BOLLINGER, RUBERRY & GARVEY

| | |
|---|---|
| NAME (Type or print) <br> PERRY M. SHORRIS | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ PERRY M. SHORRIS | |
| FIRM <br> BOLLINGER, RUBERRY & GARVEY | |
| STREET ADDRESS <br> 500 W. Madison Ave., Ste. 2300 | |
| CITY/STATE/ZIP <br> Chicago, IL 60661 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6216843 | TELEPHONE NUMBER <br> 312-466-8000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |