# United States District Court
# Northern District of Illinois

In the Matter of

BOLLINGER, RUBERRY & GARVEY

v.

PHILADELPHIA INSURANCE CO., ET AL

Case No. 08 C 3795

Designated Magistrate Judge
Sidney I. Schenkier

## FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Virgina M. Kendall** to be related to **08 C 3698** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_/s/ James B. Zagel_
Judge James B. Zagel

Dated: July 18, 2008

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **James B. Zagel**.

**ENTER**

**FOR THE EXECUTIVE COMMITTEE**

_/s/ James F. Holderman_
Chief Judge James F. Holderman

Dated: 7/18/08

Finding of Relatedness (Rev. 9/99)